THE NATIONAL BANK OF RONDOUT, Respondent, *v.* BENEDICT DREYFUS et al., Appellants.

JOHN M. DODD et al., Respondents, *v.* THE SAME, Appellants.

(Argued June 23, 1884; decided October 7, 1884.)

*S. L. Stebbins* for appellants.

*A. Schoonmaker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgments affirmed.

---

BENJAMIN C. NOTTINGHAM, Respondent, *v.* MAGGIE CLARK, Appellant.

(Submitted June 29, 1884; decided October 7, 1884.)

*Waters McLennan & Dillaye* for appellant.

*Pratt, Brown & Garfield* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.